UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22517-CIV-HUCK/SIMONTON

GUSTAVO B. SAMPAIO,

    Plaintiff,

v.

PREMIERE CREDIT OF NORTH
AMERICA, LLC,

    Defendant.
_____/



**FINAL ORDER OF DISMISSAL**

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed on October 23, 2007 (D.E. # 3). Having considered the Notice of Voluntary Dismissal and being otherwise duly advised in the premises, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1). All pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this 31st day of October, 2007.

                                                  Paul C. Huck
                                                  United States District Judge

Copies furnished to:
Counsel of Record